UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLEN TAUZIER                                          CIVIL ACTION

VERSUS                                                NUMBER: 09-4471

JAMES LEBLANC, ET AL.                                 SECTION: "S"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's request for injunctive relief is dismissed as moot and that any equal protection claim raised by plaintiff is dismissed as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 28th day of April, 2010.

UNITED STATES DISTRICT JUDGE